### 13225.　PALMER *v.* THE STATE.

LUKE, J. The defendant was indicted for murder. Upon conflicting evidence the jury was authorized to convict him of manslaughter. Under the evidence, a charge upon the law of manslaughter was proper, and the charge given was not error for any reason assigned. It was not error to overrule the motion for a new trial.

　　　*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
　　　　　　　DECIDED APRIL 11, 1922.

Conviction of manslaughter; from Union superior court — Judge J. B. Jones. December 18, 1921.

*W. B. Sloan, W. V. Lance, C. H. Edwards,* for plaintiff in error.
*J. G. Collins, solicitor-general,* contra.